Return

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

SWA'DRIAN LEWIS AND
KIMBERLY SOWELL

*Plaintiff(s)*

v.

SUSAN HUTSON, ET AL

*Defendant(s)*

Civil Action No. 22-1453 R (4)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEPUTY KEBRINA BADON
ORLEANS PARISH SHERIFF'S OFFICE
2800 PERDIDO STREET
NEW ORLEANS, LA 70119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  GARY W. BIZAL #1255
GARY W. BIZAL, LLC
4907 Magazine Street
New Orleans, LA 70115
(504)525-1328

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 25 2022

Carol L. Michel
Name of clerk of court

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DEPUTY KEBRINA BADON

was received by me on *(date)* 05-25-2022.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* DEP. S. BERRY , who is
designated by law to accept service of process on behalf of *(name of organization)* KEBRINA
BADON on *(date)* 06-07-2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06-07-2022

*Server's signature*

DWAYNE A. SCHEUERMANN
*Printed name and title*

1815 Hwy 26 W
POPLARVILLE MS. 39470
*Server's address*

Additional information regarding attempted service, etc: