UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SWA'DRIAN LEWIS AND KIMBERLY SOWELL | CIVIL ACTION NO. 22-CV-1453 |
| VERSUS | JUDGE SARAH S. VANCE |
| SUSAN HUTSON, ORLEANS PARISH SHERIFF; MARLIN N. GUSMAN, FORMER ORLEANS PARISH SHERIFF; OPSO CAPT. GLENN POWELL; OPSO CAPT. STEPHEN CARTER; OPSO MAJOR BARREA; OPSO LT. ANTHONY FRICANO; OPSO SGT. MARY BLACK; OPSO DEPUTY KEBRINA BADON; OPSO DEPUTY LARON SIMPSON; OPSO DEPUTY KELLY LAUGA; UNKNOWN DEPUTIES 1 AND 2; WELLPATH, LLC; FRANK RATTRAY AND TERRIE DUCOTE | MAGISTRATE JUDGE KAREN W. ROBY  *Electronically Filed* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come and appear, Defendants, Wellpath, LLC, Frank Rattray and Terrie Ducote, who hereby move this Court for a Judgment dismissing Plaintiffs' constitutional claims, with prejudice, and Plaintiffs' state law claims, without prejudice; all on the grounds set forth in the accompanying Memorandum in Support of Motion to Dismiss.

        Respectfully submitted,

        **SCOFIELD & RIVERA, L.L.C.**

        *s/Bryan D. Scofield*
        **BRYAN D. SCOFIELD (#19147)**
        **JAMES T. RIVERA (#23913)**
        **JESSICA W. MARCHAND (#34160)**
        P. O. Box 4422
        100 E. Vermilion, Ste. 301
        Lafayette, LA  70501
        (337) 235-5353
        E-mail: Bryan@scorivlaw.com
        **Attorneys for Wellpath, LLC, Frank Rattray and Terrie Ducote**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has this date been filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all attorneys of record by operation of the court's electronic filing system.

Lafayette, Louisiana, this 19th day of July, 2022.

        *s/Bryan D. Scofield*
        **BRYAN D. SCOFIELD - #19147**