UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SWA'DRIAN LEWIS AND KIMBERLY SOWELL | CIVIL ACTION NO. 22-CV-1453 |
| VERSUS | JUDGE SARAH S. VANCE |
| SUSAN HUTSON, ORLEANS PARISH SHERIFF; MARLIN N. GUSMAN, FORMER ORLEANS PARISH SHERIFF; OPSO CAPT. GLENN POWELL; OPSO CAPT. STEPHEN CARTER; OPSO MAJOR BARREA; OPSO LT. ANTHONY FRICANO; OPSO SGT. MARY BLACK; OPSO DEPUTY KEBRINA BADON; OPSO DEPUTY LARON SIMPSON; OPSO DEPUTY KELLY LAUGA; UNKNOWN DEPUTIES 1 AND 2; WELLPATH, LLC; FRANK RATTRAY AND TERRIE DUCOTE | MAGISTRATE JUDGE KAREN W. ROBY *Electronically Filed* |

*************************************************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Motion to Dismiss is hereby set for submission before

Judge Sarah S. Vance on August 24, 2022 at 10:00 a.m.

    Respectfully submitted,

    **SCOFIELD & RIVERA, L.L.C.**

    *s/Bryan D. Scofield*
    **BRYAN D. SCOFIELD (#19147)**
    **JAMES T. RIVERA (#23913)**
    **JESSICA W. MARCHAND (#34160)**
    P. O. Box 4422
    100 E. Vermilion, Ste. 301
    Lafayette, LA  70501
    (337) 235-5353
    E-mail: Bryan@scorivlaw.com
    **Attorneys for Wellpath, LLC, Frank Rattray and Terrie Ducote**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has this date been filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all attorneys of record by operation of the court's electronic filing system.  Lafayette, Louisiana, this 19th day of July, 2022.

>    *s/Bryan D. Scofield*
>    **BRYAN D. SCOFIELD - #19147**