# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SWA'DRIAN LEWIS and KIMBERLY SOWELL | * | CIVIL ACTION NO. 2:22-cv-1453 |
| | * | |
| versus | * | SECTION "R" |
| | * | JUDGE SARAH S. VANCE |
| SUSAN HUTSON, ORLEANS PARISH SHERIFF; MARLIN N. GUSMAN, FORMER ORLEANS PARISH SHERIFF; OPSO CAPT. GLENN POWELL; OPSO CAPT. STEPHEN CARTER; OPSO MAJOR BARREA; OPSO LT. ANTHONY FRICANO; OPSO SGT. MARY BLACK; OPSO DEPUTY KEBRINA BADON; OPSO DEPUTY LARON SIMPSON; OPSO DEPUTY KELLY LAUGA; UNKNOWN OPSO DEPUTIES 1 AND 2; WELLPATH, LLC; FRANK RATTRAY AND TERRIE DUCOTE | * * * * * * | DIVISION "4" MAGISTRATE JUDGE KAREN WELLS ROBY |

## ORDER

**CONSIDERING THE FOREGOING** *Ex Parte* Motion for Extension of Time to File Responsive Pleadings;

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Defendant former Orleans Parish Sheriff Marlin Gusman is hereby granted until July 27, 2022 to respond to the pleadings in this matter.

New Orleans, Louisiana, this <u>20th</u> day of July, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE