UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SWA'DRIAN LEWIS ET AL. | * | CIVIL ACTION |
| | * | |
| | * | No. 22-1453 |
| VERSUS | * | |
| | * | SECTION: P (4) |
| | * | |
| SHERIFF SUSAN HUTSON, ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Consent Motion for Extension of Submission Date for the OPSO Defendants' Motion for Judgment on the Pleadings (Doc. 45), and good cause appearing therefore:

**IT IS ORDERED** that the motion is **GRANTED**, and the submission date for the OPSO Defendants' Motion for Judgment on the Pleadings (Doc. 42) is RESET from August 23, 2023, at 10:00 A.M., to September 20, 2023, at 10:00 A.M.

New Orleans, Louisiana, this 10th day of August, 2023.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**