UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SWA'DRIAN LEWIS ET AL. | * | CIVIL DOCKET |
| | * | |
| | * | NUMBER: 22-1453 |
| VERSUS | * | |
| | * | SECT. P (4) |
| SHERIFF SUSAN HUTSON, ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing "*Consent Motion to Declare as Moot Rule 12(c) Motion for Judgment on the Pleadings, ECF Doc. 42*" (R. Doc. 53), and good grounds appearing therefor in light of the filing of the Second Amended Complaint:

**IT IS ORDERED** that the consent motion (R. Doc. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Orleans Parish Sheriff's Office Defendants' Motion for Judgment on the Pleadings (R. Doc. 42) is hereby **DENIED** as moot.

New Orleans, Louisiana, this 11th day of September 2023.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE