UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SWA'DRIAN LEWIS ET AL. | * | CIVIL ACTION |
| | * | |
| | * | NO.: 22-1453 |
| VERSUS | * | |
| | * | |
| | * | SECTION: P (4) |
| SHERIFF SUSAN HUTSON, ET AL. | * | |

*****************************************

## **ORDER**

Considering foregoing "Consent Motion for Extension of Submission Date for the OPSO Defendants' Second Motion for Judgment on the Pleadings, ECF No. 59" (R. Doc. 60) and good grounds appearing therefore:

IT IS ORDERED that the motion is GRANTED, and the submission date for the OPSO Defendants' Second Motion for Judgment on the Pleadings, ECF Doc. 59, is re-set from January 10, 2024, at 10:00 A.M., to January 24, 2024, at 10:00 A.M.

New Orleans, Louisiana this 28th day of December 2023.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE